# United States Bankruptcy Court
## WESTERN DISTRICT OF TENNESSEE
## CHAPTER 13

In Re:  HYUN SOOK LEE KIM                                                    Chapter 13

Debtor(s) _____

DEBTOR(S):   (H)_____ S.S.#  xxx-xx-XXXX _____

(W)  Hyun Sook Lee Kim _____ S.S.#  xxx-xx-4039 _____

ADDRESS:   1398 Rain Lake Ln. E. _____

Collierville, TN 38017 _____

PLAN PAYMENT:  Debtor(s) to pay   **$3,730.00** _____        **Monthly** _____

PAYROLL DEDUCTION()  OR DIRECT(x)          BECAUSE: Payroll Deficient ___

EMPLOYER:   _____

_____

ADMINISTRATIVE:  Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

|  | MONTHLY PLAN PAYMENT |
|---|---|
| AUTO INSURANCE:   (   X   ) Not included in Plan ( ____ ) Included in Plan | _____ |
| CHILD SUPPORT:  Future support through Plan to : _____. | _____ |
| Child support arrearage amount _____ | _____ |
| PRIORITY-IRS _____  $ 770.00 _____  0.0  %  $15.00 _____ | |

HOME MORTGAGE:   If no arrearage, ongoing payments are to be made directly by the debtor(s).

Federal National Bank            Ongoing pmt. begins :   January 2016            $1,637.49 _____

Approx. arrearage _____$13,112.00 _____       Interest 0.00 ____%     $415.00 _____

SECURED CREDITORS:  Adequate protection payment will be 1/4 (25%) of proposed creditor monthly payment.
(retain lien 11 U.S.C. §1325(a)(5))

| | VALUE OF COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PAYMENT |
|---|---|---|---|
| Kia Motor Credit | $ 5,000.00 | 0.0  % | $120.00 |

UNSECURED CREDITORS:  Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  General Unsecured creditors will receive TBD%

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: _____ $ 120,860.21 _____

TERMINATION:  Plan shall terminate upon payment of the above, approximately 60 months.

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED
ACCEPTANCE OF PLAN.