| | |
|---|---|
| Fill in this information to identify the case: | |
| Debtor 1 | Hyun Sook Lee Kim |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western    District of TN (State) |
| Case number | 15-30049 |

## Form 4100R

# Response to Notice of Final Cure Payment                          10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:   Mortgage Information

**Name of creditor:**  US Bank Trust National Association

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account:  2433 ___ ___ ___

**Property address:**  1398 E. Rain Lake Lane
Number        Street

Collierville          TN        38017
City                    State      ZIP Code

### Part 2:   Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                    $ _____

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                          (a)  $   5,975.36

b.  Total fees, charges, expenses, escrow, and costs outstanding:    + (b)  $     681.00

c.  Total. Add lines a and b.                                        (c)  $   6,656.36

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   01/ 01 /2021
MM/ DD / YYYY

| Debtor 1 | Hyun Sook Lee Kim | Case number (if known) 15-30049 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

---

**Part 4:   Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:   Sign Here**

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /S/ Edward D. Russell          Date 04 / 05 / 2021
Signature

Print  Edward  D.  Russell          Title  authorized agent
     First Name  Middle Name  Last Name

Company  The SR Law Group

If different from the notice address listed on the proof of claim to which this response applies:

Address  PO Box 128
     Number  Street

Mt. Juliet          TN   37087
City          State  ZIP Code

Contact phone (615) 559 – 3190          Email erussell@thesrlawgrou.


**BSI Financial Services**

### Payment Changes

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 11/1/2015 | $899.30 | $537.37 | $1,436.67 | Filed w/ POC |
| 5/1/2017 | $899.30 | $503.78 | $1,403.08 | NOPC |
| 11/1/2019 | $899.30 | $594.54 | $1,493.84 | NOPC |
| | | | $0.00 | NOPC |
| | | | $0.00 | |
| | | | $0.00 | |

### Loan Information

| | |
|---|---|
| Loan # | 2433 |
| Borrower | Kim |
| BK Case # | 15-30049 |
| Date Filed | 10/21/2015 |
| First Post Petition | |
| Due Date | 11/1/2015 |
| POC Covers | 12/01/14 - 10/01/15 |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/24/2016 | $3,274.98 | 1/1/2016 | 12/1/2014 | $1,436.67 | $1,838.31 | $1,838.31 | | $1,838.31 | | | $0.00 | $0.00 | |
| 2/24/2016 | | 2/1/2016 | 1/1/2015 | $1,436.67 | -$1,436.67 | | $1,436.67 | $401.64 | | | $0.00 | $0.00 | |
| 4/15/2016 | $1,637.49 | 3/1/2016 | 2/1/2015 | $1,436.67 | $200.82 | $200.82 | | $602.46 | | | $0.00 | $0.00 | |
| 6/16/2016 | $1,637.49 | 4/1/2016 | 3/1/2015 | | $1,637.49 | | | $602.46 | | | $0.00 | $0.00 | |
| 7/26/2016 | | Trustee Suspense | | | $0.00 | | | $602.46 | $1,660.00 | | $1,660.00 | $1,660.00 | |
| 7/27/2016 | $4,310.01 | 5/1/2016 | 4/1/2015 | $1,436.67 | $2,873.34 | $2,873.34 | | $3,475.80 | | | $1,660.00 | $1,660.00 | |
| 7/27/2016 | | 6/1/2016 | 5/1/2015 | $1,436.67 | -$1,436.67 | | $1,436.67 | $2,039.13 | | | $1,660.00 | $1,660.00 | |
| 7/27/2016 | | 7/1/2016 | 6/1/2015 | $1,436.67 | -$1,436.67 | | $1,436.67 | $602.46 | | | $1,660.00 | $1,660.00 | |
| 8/25/2016 | $830.00 | Pre Applied | 7/1/2015 | | $830.00 | | | $602.46 | $830.00 | $1,436.67 | $1,053.33 | $2,490.00 | |
| 8/25/2016 | $1,436.67 | 8/1/2016 | 8/1/2015 | $1,436.67 | $0.00 | | | $602.46 | | | $1,053.33 | $2,490.00 | |
| 9/22/2016 | $830.00 | Pre Applied | 9/1/2015 | | $830.00 | | | $602.46 | $830.00 | $1,436.67 | $446.66 | $3,320.00 | |
| 9/22/2016 | $1,436.67 | 9/1/2016 | 10/1/2015 | $1,436.67 | $0.00 | | | $602.46 | | | $446.66 | $3,320.00 | |
| 11/30/2016 | $2,873.34 | 10/1/2016 | 11/1/2015 | $1,436.67 | $1,436.67 | $1,436.67 | | $2,039.13 | | | $446.66 | $3,320.00 | |
| 11/30/2016 | | 11/1/2016 | 12/1/2015 | $1,436.67 | -$1,436.67 | | $1,436.67 | $602.46 | | | $446.66 | $3,320.00 | |
| 12/10/2016 | $1,436.67 | 12/1/2016 | 1/1/2016 | $1,436.67 | $0.00 | | | $602.46 | | | $446.66 | $3,320.00 | |
| 12/27/2016 | | Trustee Suspense | | | $0.00 | | | $602.46 | $415.00 | | $861.66 | $3,735.00 | |
| 3/9/2017 | $2,873.34 | 1/1/2017 | 2/1/2016 | $1,436.67 | $1,436.67 | $1,436.67 | | $2,039.13 | | | $861.66 | $3,735.00 | |
| 3/9/2017 | | 2/1/2017 | 3/1/2016 | | $0.00 | | $1,436.67 | $602.46 | | | $861.66 | $3,735.00 | |
| 4/14/2017 | $1,660.00 | Pre Applied | 4/1/2016 | | $1,660.00 | | | $602.46 | $1,660.00 | $1,436.67 | $1,084.99 | $5,395.00 | |
| 4/14/2017 | $2,873.34 | 3/1/2017 | 5/1/2016 | $1,436.67 | $1,436.67 | $1,436.67 | | $2,039.13 | | | $1,084.99 | $5,395.00 | |
| 4/14/2017 | | 4/1/2017 | 6/1/2016 | $1,436.67 | -$1,436.67 | | $1,436.67 | $602.46 | | | $1,084.99 | $5,395.00 | |
| 5/17/2017 | | | | | $0.00 | | | $602.46 | $415.00 | | $1,499.99 | $5,810.00 | |
| 7/17/2017 | $1,403.08 | 5/1/2017 | 7/1/2016 | $1,403.08 | $0.00 | | $33.59 | $568.87 | | | $1,499.99 | $5,810.00 | |
| 7/17/2017 | | Trustee Suspense | | | $0.00 | | | $568.87 | $2,905.00 | | $4,404.99 | $8,715.00 | |
| 7/17/2017 | | Pre Applied | 8/1/2016 | | $0.00 | | | $568.87 | | $1,436.67 | $2,968.32 | $8,715.00 | |
| 7/17/2017 | | Pre Applied | 9/1/2016 | | $0.00 | | | $568.87 | | $1,436.67 | $1,531.65 | $8,715.00 | |
| 7/17/2017 | | Pre Applied | 10/1/2016 | | $0.00 | | | $568.87 | | $1,436.67 | $94.98 | $8,715.00 | |
| 7/20/2017 | $1,403.08 | 6/1/2017 | 11/1/2016 | $1,403.08 | $0.00 | | | $568.87 | | | $94.98 | $8,715.00 | |
| 8/17/2017 | | Trustee Suspense | | | $0.00 | | | $568.87 | | | $94.98 | $8,715.00 | |
| 8/17/2017 | $1,403.08 | 7/1/2017 | 12/1/2016 | $1,403.08 | $0.00 | | | $568.87 | | | $94.98 | $8,715.00 | |
| 9/13/2017 | | Trustee Suspense | | | $0.00 | | | $568.87 | $2,100.63 | | $2,195.61 | $10,815.63 | |
| 9/13/2017 | $1,403.08 | 8/1/2017 | 1/1/2017 | $1,403.08 | $0.00 | | | $568.87 | | | $2,195.61 | $10,815.63 | |
| 10/16/2017 | $1,403.08 | 9/1/2017 | 2/1/2017 | $1,403.08 | $0.00 | | | $568.87 | | | $2,195.61 | $10,815.63 | |
| 11/15/2017 | $1,403.08 | 10/1/2017 | 3/1/2017 | $1,403.08 | $0.00 | | | $568.87 | | | $2,195.61 | $10,815.63 | |
| 12/14/2017 | $1,403.08 | 11/1/2017 | 4/1/2017 | $1,403.08 | $0.00 | | | $568.87 | | | $2,195.61 | $10,815.63 | |
| 1/10/2018 | $1,403.08 | 12/1/2017 | 5/1/2017 | $1,403.08 | $0.00 | | | $568.87 | | | $2,195.61 | $10,815.63 | |
| 2/10/2018 | $1,403.08 | 1/1/2018 | 6/1/2017 | $1,403.08 | $0.00 | | | $568.87 | | | $2,195.61 | $10,815.63 | |
| 3/10/2018 | $1,403.08 | 2/1/2018 | 7/1/2017 | $1,403.08 | $0.00 | | | $568.87 | | | $2,195.61 | $10,815.63 | |
| 4/10/2018 | $1,403.08 | 3/1/2018 | 8/1/2017 | $1,403.08 | $0.00 | | | $568.87 | | | $2,195.61 | $10,815.63 | |
| 5/10/2018 | $1,403.08 | 4/1/2018 | 9/1/2017 | $1,403.08 | $0.00 | | | $568.87 | | | $2,195.61 | $10,815.63 | |
| 6/10/2018 | $1,403.08 | 5/1/2018 | 10/1/2017 | $1,403.08 | $0.00 | | | $568.87 | | | $2,195.61 | $10,815.63 | |
| 7/10/2018 | $1,403.08 | 6/1/2018 | 11/1/2017 | $1,403.08 | $0.00 | | | $568.87 | | | $2,195.61 | $10,815.63 | |
| 8/10/2018 | $1,403.08 | 7/1/2018 | 12/1/2017 | $1,403.08 | $0.00 | | | $568.87 | | | $2,195.61 | $10,815.63 | |
| 9/10/2018 | $1,403.08 | 8/1/2018 | 1/1/2018 | $1,403.08 | $0.00 | | | $568.87 | | | $2,195.61 | $10,815.63 | |
| 11/10/2018 | $1,403.08 | 9/1/2018 | 2/1/2018 | $1,403.08 | $0.00 | | | $568.87 | | | $2,195.61 | $10,815.63 | |
| 1/10/2019 | $2,806.16 | 10/1/2018 | 3/1/2018 | $1,403.08 | $1,403.08 | $1,403.08 | | $1,971.95 | | | $2,195.61 | $10,815.63 | |
| 2/10/2019 | $1,403.08 | 11/1/2018 | 4/1/2018 | $1,403.08 | $0.00 | | | $1,971.95 | | | $2,195.61 | $10,815.63 | |
| 3/10/2019 | $1,403.08 | 12/1/2018 | 5/1/2018 | $1,403.08 | $0.00 | | | $1,971.95 | | | $2,195.61 | $10,815.63 | |
| 4/10/2019 | $1,403.08 | 1/1/2019 | 6/1/2018 | $1,403.08 | $0.00 | | | $1,971.95 | | | $2,195.61 | $10,815.63 | |
| 5/10/2019 | $1,403.08 | 2/1/2019 | 7/1/2018 | $1,403.08 | $0.00 | | | $1,971.95 | | | $2,195.61 | $10,815.63 | |
| 6/10/2019 | $1,403.08 | 3/1/2019 | 8/1/2018 | $1,403.08 | $0.00 | | | $1,971.95 | | | $2,195.61 | $10,815.63 | |
| 7/10/2019 | $212.20 | 4/1/2019 | 9/1/2018 | $1,403.08 | -$1,190.88 | | $1,190.88 | $781.07 | | | $2,195.61 | $10,815.63 | |
| 8/10/2019 | $1,403.08 | 5/1/2019 | 10/1/2018 | $1,403.08 | $0.00 | | | $781.07 | | | $2,195.61 | $10,815.63 | |
| 9/10/2019 | $1,403.08 | 6/1/2019 | 11/1/2018 | $1,403.08 | $0.00 | | | $781.07 | | | $2,195.61 | $10,815.63 | |
| 12/10/2019 | $4,209.24 | 7/1/2019 | 12/1/2018 | $1,403.08 | $2,806.16 | $2,806.16 | | $3,587.23 | | | $2,195.61 | $10,815.63 | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/10/2020 | $1,403.08 | 8/1/2019 | 1/1/2019 | $1,403.08 | $0.00 | | | | $3,587.23 | | | $2,195.61 | $10,815.63 |
| 3/10/2020 | $2,806.16 | 9/1/2019 | 2/1/2019 | $1,403.08 | $1,403.08 | | | | $4,990.31 | | | $2,195.61 | $10,815.63 |
| 4/14/2020 | $1,403.08 | 10/1/2019 | 3/1/2019 | $1,403.08 | $0.00 | | | | $4,990.31 | | | $2,195.61 | $10,815.63 |
| 6/10/2020 | $1,493.84 | 11/1/2019 | 4/1/2019 | $1,493.84 | $0.00 | | | | $4,990.31 | | | $2,195.61 | $10,815.63 |
| 7/10/2020 | $1,493.84 | 12/1/2019 | 5/1/2019 | $1,493.84 | $0.00 | | | | $4,990.31 | | | $2,195.61 | $10,815.63 |
| 7/10/2020 | | 1/1/2020 | 6/1/2019 | $1,493.84 | -$1,493.84 | | $1,403.08 | | $3,587.23 | | | $2,195.61 | $10,815.63 |
| 7/10/2020 | | 2/1/2020 | 7/1/2019 | $1,493.84 | -$1,493.84 | | $1,493.84 | | $2,093.39 | | | $2,195.61 | $10,815.63 |
| 7/10/2020 | | 3/1/2020 | 8/1/2019 | $1,493.84 | -$1,493.84 | | $1,493.84 | | $599.55 | | | $2,195.61 | $10,815.63 |
| 8/13/2020 | $1,493.84 | 4/1/2020 | 11/1/2019 | $1,493.84 | $0.00 | | | | $599.55 | | | $2,195.61 | $10,815.63 |
| 9/15/2020 | $1,493.84 | 5/1/2020 | 12/1/2019 | $1,493.84 | $0.00 | | | | $599.55 | | | $2,195.61 | $10,815.63 |
| | | APO entered 9/25/20 allowing for post-petiion fees IAO $681.00. Trustee to continue making ongoing payments. | | | $0.00 | | | | $599.55 | | | $2,195.61 | $10,815.63 |
| 10/14/2020 | $1,493.84 | 6/1/2020 | 1/1/2020 | $1,493.84 | $0.00 | | | | $599.55 | | | $2,195.61 | $10,815.63 |
| 11/13/2020 | $1,493.84 | 7/1/2020 | 2/1/2020 | $1,493.84 | $0.00 | | | | $599.55 | | | $2,195.61 | $10,815.63 |
| 11/19/2020 | | Trustee Suspense | | | $0.00 | | | | $599.55 | $830.00 | | $3,025.61 | $11,645.63 |
| 12/28/2020 | $1,493.84 | 8/1/2020 | 3/1/2020 | $1,493.84 | $0.00 | | | | $599.55 | | | $3,025.61 | $11,645.63 |
| 12/28/2020 | | Trustee Suspense | | | $0.00 | | | | $599.55 | $415.00 | | $3,440.61 | $12,060.63 |
| 12/28/2020 | | Pre Applied | 4/1/2020 | | $0.00 | | | $1,493.84 | $599.55 | | | $1,946.77 | $12,060.63 |
| 12/28/2020 | | Pre Applied | 5/1/2020 | | $0.00 | | | $1,493.84 | $599.55 | | | $452.93 | $12,060.63 |
| 12/28/2020 | | Pre Applied | 6/1/2020 | | $0.00 | | | $1,493.84 | $599.55 | | | -$1,040.91 | $12,060.63 |
| 12/31/2020 | $1,267.35 | | | $1,267.35 | $1,267.35 | | | | $1,866.90 | | | -$1,040.91 | $12,060.63 |
| 1/21/2021 | $1,493.84 | 9/1/2020 | 7/1/2020 | $1,493.84 | $0.00 | | | | $1,866.90 | | | -$1,040.91 | $12,060.63 |
| 1/28/2021 | | Trustee Suspense | | | $0.00 | | | | $1,866.90 | $415.00 | | -$625.91 | $12,475.63 |
| 2/16/2021 | | Trustee Suspense | | | $0.00 | | | | $1,866.90 | $830.00 | | $204.09 | $13,305.63 |
| 2/16/2021 | $1,493.84 | 10/1/2020 | 8/1/2020 | $1,493.84 | $0.00 | | | | $1,866.90 | | | $204.09 | $13,305.63 |
| 3/15/2021 | $1,493.84 | 11/1/2020 | 9/1/2020 | $1,493.84 | $0.00 | | | | $1,866.90 | | | $204.09 | $13,305.63 |
| 3/15/2021 | | Trustee Suspense | | | $0.00 | | | | $1,866.90 | $517.11 | | $721.20 | $13,822.74 |
| 3/15/2021 | | 12/1/2020 | 10/1/2020 | $1,493.84 | -$1,493.84 | | $1,493.84 | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |
| | | | | | $0.00 | | | | $373.06 | | | $721.20 | $13,822.74 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April 2021, a true and correct copy of the Response to Notice of Final Cure Payment and Completion of Plan Payments was served by regular mail upon Hyun Sook Lee Kim, 1398 E. Rain Lake Lane, Collierville, TN 38017. I also caused a copy to be served by electronic means as follows: counsel for the Debtor, Hurst Law Firm, P.A., P.O. Box 41497, Memphis, TN 38174-1497; Sylvia F. Brown, 200 Jefferson Ave. Suite #1113, Memphis, TN 38103; and, electronically to those identified on the CM/ECF system for this case.

By: */s/Edward D. Russell*
Edward D. Russell